UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LORETTA REYNOLDS, | |
| Plaintiff, | |
| v. | Case No. 10-cv-736-JPG |
| BRENDA L. RUSSELL, | |
| Defendant. | |

## MEMORANDUM AND ORDER

This matter comes before the Court for case management purposes. In a September 24, 2010, order (Doc. 4), the Court noted a defect in the plaintiff's jurisdictional allegations. The Court gave the plaintiff up to and including October 8, 2010, to amend the complaint to correct the jurisdictional defect. The Court further warned the plaintiffs that their failure to amend the faulty pleading could result in dismissal of this case for lack of subject matter jurisdiction or for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

The same day the Court issued its order to show cause, the Clerk of Court struck the complaint for a variety of technical reasons and informed the plaintiff the complaint must be refiled (Doc. 3).

The plaintiff failed to refile the complaint within a reasonable time of the notice of striking and failed to file an amended complaint to correct the jurisdictional defect noted by the Court. The Court hereby **ORDERS** the plaintiff to **SHOW CAUSE** on or before November 19, 2010, why the Court should not dismiss this case for lack of subject matter jurisdiction or for failure to prosecute pursuant to Rule 41(b). Failure to respond in a timely manner to this order will result in dismissal of this action for lack of subject matter jurisdiction and/or for lack of prosecution pursuant to Rule 41(b) and the Court's inherent authority to manage its docket. *See*

*In re Bluestein & Co.*, 68 F.3d 1022, 1025 (7th Cir. 1995).

**IT IS SO ORDERED.**
**DATED: November 3, 2010**

                                            s/ J. Phil Gilbert
                                            **J. PHIL GILBERT**
                                            **DISTRICT JUDGE**