UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LORETTA REYNOLDS,

        Plaintiff,

        v.

CB SPORTS BAR, INC.,

        Defendant.

Case No. 07-cv-754-JPG-SCW

LORETTA REYNOLDS,

        Plaintiff,

        v.

BRENDA L. RUSSELL,

        Defendant.

Case No. 10-cv-736-JPG-SCW

## JUDGMENT

    This matter having been tried by a jury, the Court having rendered a decision as to some matters and the jury having rendered a verdict as to others,

    IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendants CB Sports Bar, Inc. and Brenda L. Russell and against plaintiff Loretta Reynolds.

**DATED: May 23, 2012**        **NANCY J. ROSENSTENGEL, Clerk of Court**

                                **s/Jina Hoyt, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**